# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHANDELL HUDGINS, et al,**       Plaintiffs | **CIVIL ACTION** |
| **VERSUS** | **No. 11-2579** |
| **WINN-DIXIE MONTGOMERY, LLC, et al,**       Defendants | **SECTION "E"** |

## ORDER

Before the Court is plaintiff's Motion to Remand.[1]

The motion is unopposed, and appears to have merit. Accordingly, **IT IS ORDERED** that plaintiff's motion be and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that this motion be and hereby is **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this __18th__ day of May, 2012.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 16.